808 A.2d 854

IN THE MATTER OF CARL C. BOWMAN
AN ATTORNEY AT LAW.

November 6, 2002.

ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **CARL C. BOWMAN** of **WESTVILLE** who was admitted to the bar of this State in 1962, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:10–3(g) and *Rule* 1:20–11(a), **CARL C. BOWMAN** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **CARL C. BOWMAN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **CARL C. BOWMAN** be restrained and enjoined from practicing law during the period of his suspension and

that he comply with *Rule* 1:20–20 dealing with suspended attorneys.